IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| BOARD OF TRUSTEES, | ) | |
| SHEET METAL WORKERS', | ) | |
| NATIONAL PENSION FUND, | ) | |
| et. al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-1021 |
| | ) | |
| GLASS MANAGEMENT SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendations of the Magistrate Judge dated October 28, 2013, in response to Plaintiff's Motion for Default Judgment. Defendants have not filed an objection, and the time for filing such an objection has lapsed. Based on a de novo review of the evidence in this case, this Court affirms the findings and recommendations of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered against Defendant Glass Management Services, Inc., and in favor of Plaintiffs the Board of Trustees of the Sheet Metal Workers' National Pension Fund, the Board of Trustees of the International Training Institute for the Sheet Metal and Air Conditioning Industry, the Board of Trustees of the Sheet Metal Occupational Health Institute Trust, the Board of Trustees of the Sheet Metal

Workers' International Association Scholarship Fund, and the Board of Trustees of the Stabilization Agreement of the Sheet Metal Industry, in the total amount of $32,495.35, which includes contributions of $19,902.04, interest of $3,271.44, liquidated damages of $3,980.04, late fees of $805.35, legal fees of $3,813.00, and costs of $723.48.

/s/<br>
Claude M. Hilton<br>
United States District Judge

Alexandria, Virginia  
January 14, 2014